Zohrlaut v. Mengelberg, 148 Wis. 592.

Zohrlaut, Respondent, vs. Mengelberg, Appellant.

*December 8, 1911—March 12, 1912.*

*Affirmance on equal division of court.*

Appeal from orders of the circuit court for Milwaukee county: Warren D. Tarrant, Circuit Judge. *Affirmed.*

For the appellant there were briefs by *Flanders, Bottum, Fawsett & Bottum,* and oral argument by *J. G. Flanders* and *C. F. Fawsett.*

For the respondent there was a brief by *Lines, Spooner, Ellis & Quarles* and *Glicksman, Gold & Corrigan,* and oral argument by *Geo. Lines* and *W. L. Gold.*

The following opinion was filed January 9, 1912:

Kerwin, J.   This is an appeal from two orders of the circuit court for Milwaukee county, one overruling a demurrer to the respondent's complaint, and the other granting the motion of respondent for an injunctional order restraining appellant from taking any steps to collect the judgment referred to in the complaint until the determination of the action.

Justice Timlin having been of counsel in the case did not sit.   The other members of the court are equally divided. Chief Justice Winslow, Justices Barnes and Vinje are in favor of reversal, while Justices Siebecker, Marshall, and the writer are in favor of affirmance.   This situation necessarily results in affirmance of the orders appealed from.

*By the Court.*—The orders appealed from are affirmed.

A motion for a rehearing was denied March 12, 1912.